QF 2020 - 017616

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):

   **Tuesday 3 November 2020**

   at (place, street, number):
   a (localite, rue, numero):

   **The Windmill Pub and Restaurant, 6-8 Mill Street, London, W1S 2AZ, England**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:

      **Personally served upon Douglas Edelman at the direction of the Senior Master of the Queen's Bench Division of the Senior Courts of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents upon persons who are within its territory. The documents, as more fully described in the witness statement of Nigel Roger Walker dated 2 November 2020 (a certificated copy of which is annexed hereto) were served as described in that witness statement with a deemed date of service as above under English court rules.**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):

      **Douglas Edelman**

      ~~relationship to the addressee (family, business or other):~~
      ~~liens de parente de subordinaion ou autres avec le desinataire de l'acts:~~

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date):  11th November 2020
le:

Signature and/or stamp:
Signature et/ou cachet:

[Seal: SENIOR COURTS OF ENGLAND AND WALES * FOREIGN PROCESS SECTION * 11 NOV 2020]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEPHEN BUSCHER,

                      *Plaintiff,*

-against-                           Civil Action No.: :20-cv-09680-DDP (AFMx)

DOUGLAS EDELMAN, et al.,

                      *Defendants.*

---

**Witness Statement of Service in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents In Civil or Commercial Matters**

---

I, **NIGEL ROGER WALKER**, Process Server, acting under the instructions of Across The Pond Process Service of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Friday the 30th day of October 2020 at 6.47 pm, I personally served DOUGLAS EDELMAN, one of the Defendants herein, with the Summons in a Civil Action issued herein, together with the Complaint, the Civil Cover Sheet, the Notice of Interested Parties and the Hague Convention Summary of the Document to be Served, hereafter "the Service Documents", by delivering them to and leaving them with Douglas Edelman inside the Windmill Pub and Restaurant at 6-8 Mill Street, London, W1S 2AZ, England, which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Tuesday the 3rd day of November 2020.

3. At the time of service as aforesaid, I recognised him from pictures of him with which I had been provided, and he acknowledged his identity to me.

4. Exhibited hereto marked 'A' is a bundle containing a copy of the Service Documents.

5. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Dated: 02 November 2020

Signed: _____

**NIGEL ROGER WALKER**

I hereby certify that this is a true copy of the original

Signature _____

G H Bridgman LLB Solicitor

Date: 4 November 2020

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEPHEN BUSCHER,

                *Plaintiff,*

-against-                 Civil Action No.: :20-cv-09680-DDP (AFMx)

DOUGLAS EDELMAN, et al.,

                *Defendants.*

---

**Exhibit A to the Witness Statement of NIGEL ROGER WALKER**

---

This is the exhibit marked "A" to my witness statement dated today.

Dated:     02 November 2020

Signed:    _____

                 NIGEL ROGER WALKER

## SUMMARY OF THE DOCUMENT TO BE SERVED



Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

(Article 5, fourth paragraph)

**identite et adresse du destinataire**
identity and address of the addressee

> Douglas Edelman
> 14 Cottesmore Gardens
> W8 5PR London
> United Kingdom

### TRÉS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES:

> Attorney Referral Service of the Los Angeles County Bar Association
> PO Box 55020
> Los Angeles, CA 90055
> United States of America

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

> Attorney Referral Service of the Los Angeles County Bar Association
> PO Box 55020
> Los Angeles, CA 90055
> United States of America

Name and address of the requesting authority:

Joel M. Athey
Holmes, Taylor, Cowan & Jones LLP
811 Wilshire Blvd., Suite 1460
Los Angeles, CA 90017
United States of America

Particulars of the parties:

Stephen Buscher, Plaintiff; Douglas Edelman, Defendant; Does 1-50, Defendants

## JUDICIAL DOCUMENT**

Nature and purpose of the document:

The Complaint gives notice to the Defendant, Douglas Edelman, of the commencement of a civil action against him and other unidentified parties as defendants. The Summons notifies Defendants of the requirement to answer or otherwise respond to the Complaint. The Civil Cover Sheet and Notice of Interested Parties provides supplemental information about the action.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:

Stephen Buscher, Plaintiff, seeks damages (in an amount to be proved at trial) and declaratory relief for 13 claims, including breach of oral contract, breach of implied-in-fact contract, breach of fiduciary duty, and promissory fraud.

Date and place for entering appearance**:

The place for entering an appearance is the United States District Court for the Central District of California, 350 W 1st Street, Suite 4311, Los Angeles, CA 90012, United States of America. The date is 21 days after service of Summons and Complaint.

Court which has given judgment**:

Not Applicable

Date of judgment**:

Not Applicable

Time-limits stated in the document**:

Defendant must respond 21 days after personal service of the Summons and Complaint.