| | |
|---|---|
| 1 | |
| 2 | Perrie M. Weiner (SBN 134146) |
|   | perrie.weiner@bakermckenzie.com |
| 3 | Barry J. Thompson (SBN 150349) |
|   | barry.thompson@bakermckenzie.com |
| 4 | Aaron T. Goodman (SBN 330791) |
| 5 | aaron.goodman@bakermckenzie.com |
|   | **BAKER & MCKENZIE LLP** |
| 6 | 10250 Constellation Blvd., Suite 1850 |
| 7 | Los Angeles, California 90067 |
|   | Telephone: +1 310 201 4728 |
| 8 | Facsimile: +1 310 201 4721 |

Attorneys for Defendant
Douglas Edelman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN BUSCHER, an individual, | Case No. 2:20-cv-09680-JVS-AFM |
|---|---|
| Plaintiff, | **DECLARATION OF DOUGLAS EDELMAN IN SUPPORT OF MOTIONS TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND LACK OF SUBJECT-MATTER JURISDICTION** |
| v. | |
| DOUGLAS EDELMAN, an individual, and DOES 1-50, inclusive, | |
| Defendants. | |
| | Date: February 15, 2021 |
| | Time: 1:30 p.m. |
| | Place: Courtroom 10C |
| | Judge: Hon. James V. Selna |
| | Complaint Filed: October 21, 2020 |

I, Douglas Edelman, declare as follows:

1. I am a Defendant to this action and am over eighteen years of age. The following facts are of my own firsthand personal knowledge and if called to testify as a witness, I could and would competently testify to the items set forth below. This Declaration is submitted in support of the concurrently filed Motions to Dismiss for Lack of Personal Jurisdiction and for Lack of Subject-Matter Jurisdiction.[1]

2. I have lived outside of the United States for at least approximately the last twenty-five (25) years.

3. Although I am a citizen of the United States, I am not a citizen of, nor domiciled in, any state; nor am I a citizen of any foreign country.

4. I intend to continue living outside of the United States.

5. I do not own property in California, and I have not lived in California since approximately 1990.

6. I have never filed a lawsuit in California.

7. I understand that the Plaintiff in this action, Stephen Buscher ("Plaintiff" or "Buscher"), alleges he and I met in Los Angeles over the course of several days in or around May of 2012.

8. I traveled to Los Angeles in May of 2012 in order to see my dying brother and did not travel to Los Angeles in order to meet with Plaintiff. I met with Plaintiff in Los Angeles only because I happened to be there at the time.

9. In May of 2012, I met with Plaintiff a few times over a couple of days and each time it was in a social setting such as a restaurant or bar. I never met with Plaintiff in May of 2012 in a formal business setting, such as an office or boardroom

---

[1] Defendant Edelman specially appears for the limited purpose of challenging personal jurisdiction, subject matter jurisdiction, and does not waive, and hereby specifically reserves, any and all legal rights to object to the Court's jurisdiction, *forum non conveniens*, and venue, and to raise any and all grounds for dismissal under Rule 12, Fed.R.Civ.P.

1

DECLARATION OF DOUGLAS EDELMAN IN SUPPORT OF MOTIONS TO DISMISS COMPLAINT
FOR LACK OF PERSONAL JURISDICTION AND LACK OF SUBJECT-MATTER JURISDICTION

to the best of my recollection. I do not recall meeting with Plaintiff again in California after May of 2012.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 21, 2020

By: _____
Douglas Edelman