Perrie M. Weiner (SBN 134146)
　perrie.weiner@bakermckenzie.com
Barry J. Thompson (SBN 150349)
　barry.thompson@bakermckenzie.com
Aaron T. Goodman (SBN 330791)
　aaron.goodman@bakermckenzie.com
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

Attorneys for Defendant
Douglas Edelman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN BUSCHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS EDELMAN, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-09680-JVS-AFM<br><br>**DOUGLAS EDELMAN'S RE-NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:　February 22, 2021<br>Time:　1:30 p.m.<br>Place:　Courtroom 10C<br>Judge:　Hon. James V. Selna<br><br>Complaint Filed: October 21, 2020 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 22, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10C of the above-entitled court, located at 411 W. 4th Street, Santa Ana, CA 92701, before the Honorable James V. Selna, Defendant Douglas Edelman ("Edelman") will and hereby does move the Court, under Federal Rule of Civil Procedure 12(b)(2), for an order dismissing, without leave to amend, the Complaint of Plaintiff Stephen Buscher ("Plaintiff" or "Buscher") for lack of personal jurisdiction.[1] Mr. Edelman does not waive other Rule 12(b) or 12(c) defenses to the Complaint by not asserting those defenses by this Motion. Pursuant to the Court's emergency procedures, no oral argument will be held unless separately ordered by the Court.

This motion is made on the ground that this Court lacks personal jurisdiction over Mr. Edelman. Plaintiff does not and cannot establish that Mr. Edelman has any relevant contacts to California to support general or specific jurisdiction.

This motion is made following the conferences of counsel pursuant to L.R. 7-3, which took place telephonically on November 17 and December 10, 2020.

This motion will be based upon this Re-Notice of Motion and the Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction, Memorandum of Points and Authorities, Declaration of Douglas Edelman and the Proposed Order all previously filed; on any and all oppositions or replies filed by the parties pursuant to Local Rules 7-9 and 7-10 and any and all exhibits attached thereto; the pleading and entire case file in this action; the arguments of counsel at the time of any hearing; and such other and further matters as the Court deems just and proper.

///

---

[1] Defendant Edelman specially appears for the limited purpose of challenging personal jurisdiction, subject matter jurisdiction, and venue under *forum non conveniens*, and does not waive, and hereby specifically reserves, any and all legal rights to object to the Court's jurisdiction and venue, and to raise any and all grounds for dismissal under Rule 12, Fed.R.Civ.P.

| | | |
|---|---|---|
| 1 | Dated: December 21, 2020 | **BAKER & McKENZIE LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: _____*/s/ Perrie M. Weiner*_____ |
| 5 | | Perrie M. Weiner |
| | | Barry J. Thompson |
| 6 | | Aaron T. Goodman |
| 7 | | Attorneys for Defendant |
| 8 | | Douglas Edelman |