**HOLMES, TAYLOR, COWAN & JONES LLP**
Joel Athey (SBN: 214399)
joel.athey@holmestaylor.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200
Fax: (213) 973-6282

Attorneys for Plaintiff
STEPHEN BUSCHER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSCHER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS EDELMAN, an individual, and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO: 2:20-cv-09680-JVS-AFM <br><br> The Honorable James V. Selna <br><br> **DECLARATION OF JENNIFER HALL FILED IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTIONS TO DISMISS COMPLAINT FOR (1) LACK OF PERSONAL JURISDICTION AND (2) LACK OF SUBJECT MATTER JURISDICTION** |

# DECLARATION OF JENNIFER HALL

I, JENNIFER HALL, hereby declare and state as follows:

1. I am over the age of 18, have personal knowledge of the facts stated in this declaration and, if called as a witness, can and will testify competently thereto.

2. I prepared this declaration in support of Plaintiff's opposition to Defendant Edelman's motions to dismiss the lawsuit on the basis of subject matter jurisdiction (pursuant to Federal Rule of Civil Procedure 12(b)(1)) and personal jurisdiction (pursuant to Federal Rule of Civil Procedure 12(b)(2)).

3. In or about April 2012, I learned that Mr. Buscher was engaged in a series of email, telephonic, and in-person discussions with Defendant Douglas Edelman ("Edelman") about becoming business partners.

4. I flew to Los Angeles, California, in late April 2012, along with Mr. Buscher, when Mr. Buscher attended the first set of meetings with Edelman to continue their discussions and negotiations about becoming business partners.

5. I was not present at the first meeting between Mr. Buscher and Edelman on April 30, 2012. But Mr. Buscher told me immediately after the meeting ended that Edelman had proposed that Mr. Buscher quit his jobs at Sistema OJSC and Navitas Global Resources, Ltd. in order to work exclusively with Edelman to develop business opportunities in the oil & gas industry, with the two of them to split the profits from those business ventures on a 50-50 basis.

6. Shortly after their April 30, 2012 meeting, Edelman requested that Mr. Buscher return to Los Angeles, California, for a second round of meetings. I accompanied Mr. Buscher on that second trip to Los Angeles, California. Edelman paid for Mr. Buscher's hotel room while he was in Los Angeles, California. Mr. Buscher and Edelman held their meetings at the hotel on May 8 and May 9, 2012.

7.    I was present for certain portions of the meeting on May 9, 2012, when Mr. Buscher and Edelman finalized their negotiations about the terms of the Joint Partnership Agreement. Also present during parts of the meeting was Erlend Olson.

8.    I was witness to the fact that, at the conclusion of their meeting on May 9, 2012, Mr. Buscher and Edelman had formally entered into a Joint Partnership Agreement.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on January 18, 2021, at Sarasota, Florida.

_____
Jennifer Hall

-2-
Declaration of Jennifer Hall