**HOLMES, TAYLOR, COWAN & JONES LLP**
Joel Athey (SBN: 214399)
joel.athey@holmestaylor.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200
Fax: (213) 973-6282

Attorneys for Plaintiff
STEPHEN BUSCHER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSCHER, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>DOUGLAS EDELMAN, an individual, and DOES 1-50, inclusive,<br><br>   Defendants. | CASE NO: 2:20-cv-09680-JVS-AFM<br><br>The Honorable James V. Selna<br><br>**DECLARATION OF SISLEY BRUNON FILED IN SUPPORT OF PLAINTIFF STEPHEN BUSCHER'S OPPOSITION TO DEFENDANT DOUGLAS EDELMAN'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |

Declaration of Sisley Brunon

## DECLARATION OF SISLEY BRUNON

I, SISLEY BRUNON, hereby declare and state as follows:

1. I am over the age of 18, have personal knowledge of the facts stated in this declaration and, if called as a witness, can and will testify competently thereto.

2. I am the Vice President of Operations at Thomas Dale & Associates ("TDA"), a private investigations firm. I work in TDA's Los Angeles office.

3. TDA was engaged by counsel for Plaintiff, Stephen Buscher, to conduct an investigative search (based on public records and information) of Defendant, Douglas Philip Edelman. Under my supervision, TDA conducted that search during the week of January 11, 2021.

4. I am familiar with the search conducted by TDA and reviewed the search's findings.

5. The public records search disclosed that Defendant Edelman was issued a California driver's license on February 8, 2007, which expired on February 11, 2017. While not stated here for privacy reasons, the California driver's license number of Defendant Edelman, and a copy of the Driver's License Report, can be supplied upon request.

6. The public records search also disclosed that Defendant Edelman sold a residential home that he owned with his then-wife, Rebecca A. Tassi, in Stockton, California, which sale was recorded in the San Joaquin County Recorder's Office on August 27, 1990. A true and correct copy of the Grant Deed of that sale is attached hereto as Exhibit A.

7. The public records search also disclosed that the State of California filed a court case for a tax lien against Defendant Edelman on April 9, 1993.

8. The public records search also disclosed that Defendant Edelman was associated with eight different residential addresses (both rental units in apartment complexes and free-standing residential homes) in Austin, Texas. For privacy reasons, the addresses are not disclosed herein, but can be provided upon request.

-1-
Declaration of Sisley Brunon

9. It was not possible to determine whether Defendant Edelman owned, rented, or was part of a mortgage or credit check application process related to these Austin, Texas properties, but Defendant Edelman's name was associated with these properties in some way. The starting dates when Defendant Edelman was associated with these Austin, Texas properties varied as follows: (i) two beginning in December 1990; (ii) one beginning in March 1991; (iii) one beginning in January 1999; (iv) one beginning in December 1999; (v) one beginning in July 2002; (vi) one beginning in March 2003; and (vi) one beginning in January 2007. The end dates on which Defendant Edelman was associated with the properties was not possible to ascertain with accuracy from the public records search conducted.

10. One of the addresses associated with Defendant Edelman was located on Comburg Drive in Austin, Texas (the "Comburg Property"). The records search indicated that Defendant Edelman first became associated with the Comburg Property in or about December 1990.

11. The public records search disclosed that Defendant Edelman registered to vote in the State of Texas, listing the Comburg Property as his address.

12. The public records search disclosed that Defendant Edelman was associated with three telephone numbers that bear a 512 area code, which is the area code for Austin, Texas.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on January 15, 2021, at Los Angeles, California.

_____
Sisley Brunon

-2-
Declaration of Sisley Brunon