# EXHIBIT A

```
RECORDING REQUESTED BY                    90084509              SAN JOAQUIN COUNTY
ORDER # / ESC #117118-SM                                         RECORDER'S OFFICE

APN   137-070-44 /                                              90 AUG 27 AM 8:00
         WHEN RECORDED MAIL TO
                                                                RECORDED AT REQUEST OF
                                                                Founders Title Company
Name      STEVE CHASE
Street    , 6333 Pacific Ave.
Address   , Stockton, CA  95207
City &
State
```

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Grant Deed

The undersigned grantor(s) declare(s):
Documentary transfer tax is $ 57.75
( ) computed on full value of property conveyed, or
(X) computed on full value less value of liens and encumbrances remaining at time of sale.
( ) Unincorporated area: (X) City of STOCKTON
( ) Realty not sold.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
DOUGLAS P. EDELMAN and REBECCA A. TASSI, husband and wife

hereby GRANT(S) to    STEVE CHASE, a single man

that property in   the City of STOCKTON, SAN JOAQUIN    County, State of California, described
as:  LOT 13, IN BLOCK 84, WEST OF CENTER STREET, IN THE CITY OF STOCKTON, ACCORDING TO
THE OFFICIAL MAP OR PLAT THEREOF, FILED FOR RECORD IN SAN JOAQUIN COUNTY RECORDS.

```
DOCUMENTARY TRANSFER TAX
County of San Joaquin
         57.75
```

Mail tax statements to Lawrence Brisco 4609 Quail Lakes Drive #4, Stockton 95207

Date  August 14th, 1990                     X _Douglas P. Edelman_
STATE OF CALIFORNIA                           DOUGLAS P. EDELMAN
COUNTY OF San Joaquin   } SS.
On  Aug. 24, 1990  before me, the undersigned,   _Rebecca A. Tassi_
a Notary Public in and for said State, personally appeared  REBECCA A. TASSI
Douglas P. Edelman and Rebecca A. Tassi
...ally known to me (or proved to me on the basis of
satisfactory evidence) to be the person S whose name S are
subscribed to the within instrument and acknowledged that
they executed the same. Witness my hand and official seal.

Signature _Susan J. Matthews_
          Susan J. Matthews
          Name (Typed or Printed)

OFFICIAL SEAL
SUSAN J. MATTHEWS
NOTARY PUBLIC - CALIFORNIA
Principal Office in San Joaquin County
My Commission Expires May 14, 1993

FTG-3005              MAIL TAX STATEMENTS AS DIRECTED ABOVE