# EXHIBIT A

---------- Forwarded message ---------
From: **Stephen Buscher** <stephenbuscher@gmail.com>
Date: Wed, Nov 5, 2014 at 8:02 AM
Subject: Re: Minutes from Meeting with Premila Today
To: Larry Mortorff <lmortorff@sfmedia.tv>

Saw the email and agree with that. As I mentioned, had my concerted go at DE, and he was saying that he agreed - time to give you a card with President on it, a budget and show that we have a serious LA presence. I have not yet witnessed him have the discussion with Peter.

Graham and I are at this moment discussing the need to give you more infrastructure at this moment with Peter. Peter has also said that he wants you to be our director in charge of the Bait SPV company.

Lastly, Peter told me last night that the new, revised Rapido launch budget is now suddenly $1.5MM, which is certainly not $4MM.

More later.

On Wed, Nov 5, 2014 at 12:56 PM, Larry Mortorff <lmortorff@sfmedia.tv> wrote:

> Sounds good...how are the round of SF meetings going? R U going to be on the skype this morning? You saw my note
> from yesterday, I am working on getting SF into business with serious companies and projects...will need a bit more
> infrastructure here...Cheers.

**From:** Stephen Buscher [mailto:stephenbuscher@gmail.com]
**Sent:** Wednesday, November 5, 2014 4:42 AM
**To:** premila.hoon@entadvisers.com; Peter Gerwe; Martin Shiel; Konstantin Gayduk; Graham Collett
**Cc:** Raoul; Larry Mortorff
**Subject:** Minutes from Meeting with Premila Today

Here is a summary of matters agreed.

1