# EXHIBIT A

Perrie M. Weiner (SBN 134146)
Barry J. Thompson (SBN 150349)
Aaron T. Goodman (SBN 330791)
**BAKER MCKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

Attorneys for Defendant
Douglas Edelman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN BUSCHER, an Individual, | Case No. 2:20-cv-09680-JVS-AFM |
|---|---|
| Plaintiff, | **DECLARATION OF DOUGLAS EDELMAN IN SUPPORT OF MOTIONS TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND LACK OF SUBJECT-MATTER JURISDICTION** |
| v. | |
| DOUGLAS EDELMAN, an individual, and DOES 1-50, inclusive, | |
| Defendants. | |
| | Date:  February 22, 2021
Time:  1:30 p.m.
Place: Courtroom 10C
Judge: Hon. James Selna |
| | Complaint Filed: October 21, 2020 |

I, Douglas Edelman, declare as follows:

1. I am a Defendant to this action and am over eighteen years of age. The following facts are of my own firsthand personal knowledge and if called to testify as a witness, I could and would competently testify to the items set forth below. This Declaration is submitted in support of the pending Motions to Dismiss for Lack of Personal Jurisdiction and for Lack of Subject-Matter Jurisdiction.[1]

2. I have lived and maintained my place of residence outside of the United States for at least approximately the last twenty-five (25) years. I have no intention of returning, or changing my residence, to live in the United States.

3. Although I am a citizen of the United States, I am not a citizen of, nor do I reside or live in, any state; nor am I a citizen of any foreign country.

4. I have not lived in California since approximately 1990. I also do not maintain a residence in either California or Texas and have no intention to maintain a residence anywhere in the United States.

5. I presently live in London, England, at 14 Cottesmore Gardens, W8 5PR London, England (my primary residence and home), and plan to continue living at this location for the foreseeable future.

6. I was living in London (at the above address) at the time the Complaint in this matter was filed and I was served with the Complaint at the Windmill Pub and Restaurant at 6-8 Mill Street, WIS 2AZ, in London, England.

7. The address stated on the Affidavit of Service filed in this matter -- 14 Cottesmore Gardens, W8 5PR London -- is, in fact, the address to my personal residence in London, England, as discussed above.

---

[1] Defendant Edelman specially appears for the limited purpose of challenging personal jurisdiction, subject matter jurisdiction, and does not waive, and hereby specifically reserves, any and all legal rights to object to the Court's jurisdiction, *forum non conveniens*, and venue, and to raise any and all grounds for dismissal under Rule 12, Fed.R.Civ.P.

8. Previously, I lived in London, England at Mansfield House, 24b Clifton Gardens, Little Venice, Maida Vale, London, W9 1AU. I have attached true and correct copies of the 2009 Memorandum of Agreement and 2010 Memorandum of Agreement, both showing myself and my wife to be tenants at the Mansfield House in London, to this declaration as **Exhibit 1**.

9. Prior to that, I maintained a residence at 42 Warwick Avenue, Maida Vale in London, where I lived for approximately eleven (11) years.

10. I also maintain a residence in Ibiza, Spain, receiving mail at Apartment de Correo 187, 17814 Ibiza, Spain. For all times at issue in the Complaint, I maintained my primary residence in London, England, and my secondary residence in Ibiza, Spain.

11. My spouse is a European Union citizen and does not have a visa that permits her to live in the United States on a permanent basis, and under no circumstance do we live or maintain a residence in the United States (and never have since we were married).

12. In May 2012, I applied, through my counsel, for a European Economic Area (EEA) residence card, which would allow me to reside in the United Kingdom with my wife. I have attached a true and correct copy of that May 29, 2012 letter application to this declaration as **Exhibit 2**.

13. As further evidence of my long-term residence in the UK, my daughter Margot Edelman was born on November 2, 2002 and my daughter Paloma Edelman was born on July 31, 2009, both in Westminster (a borough of London). I raised Margot and Paloma in London and Ibiza. I have attached true and correct copies of their Westminster Birth Certificates to this declaration as **Exhibit 3**.

14. In addition, as just one more example of my very limited contact with the US, I maintain comprehensive global health care coverage through AXA that specifically excludes the United States. *See* **Exhibit 4**, AXA Insurance Card.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 28, 2021

By: _____
Douglas Edelman

# EXHIBIT 1

# MEMORANDUM OF AGREEMENT

| | |
|---|---|
| **Date:** | Click to Sign:   rbrodie@savills.com |
| **PARTIES:** | |
| **The Landlord** | Malwright Limited, 58 – 60 Berners Street, London W1 3JS |
| **The Tenant** | Douglas Edelman and Delphine Le Dain Edelman<br>Mansfield House, 24b Clifton Gardens, Little Venice, Maida Vale, London W9 1AU |
| **The Premises** | Mansfield House, 24b Clifton Gardens, Little Venice, Maida Vale, London W9 1AU |
| **Tenancy Agreement** | Agreement dated 13 September 2008 |

It is hereby agreed that the above parties will enter into a new Term on the same terms and conditions as the Tenancy Agreement save for the following:

| | |
|---|---|
| **Term** | one year from and including the 13 September 2010 to and including the 12 September 2011 |
| **Rent** | £3,250.00 per week |
| **Payable** | £28,166.67 per two months in advance on 13 September 2010, 13 November 2010, 13 January 2011, 13 March 2011, 13 May 2011, 13 July 2011 |

All payments to be made to the following bank account:
Bank:   NatWest Bank                         Sort code:  56-00-55
Account Name:  Malwright Ltd          A/c No:  11290749

**Termination/Continuation Conditions**

1. the Tenant's right to terminate this Tenancy by virtue of Rider 1 (Break-clause) of the Agreement shall be deleted and the following break-clause included:

**Tenant Break-Clause**
In the event that the Tenant shall wish to terminate the Tenancy upon or after such date as is four months from 13 September 2010 and shall first give to the Landlord or the Landlord's Agents at least four months' notice in writing in that behalf and shall down to such expiry date of the notice pay all rents and other monies due hereunder THEN upon the expiry of such notice the Tenancy shall cease and the Tenant shall yield up vacant possession of the Property and in accordance with the Tenant's obligations WITHOUT PREJUDICE to the right of either party to make any claim against the other for any previous breach of the terms conditions agreements and obligations of the Tenancy Agreement PROVIDED THAT in the event that the Tenancy Agreement shall also include an option to renew the same in any form, then that clause shall be subordinate to this clause and if notice to terminate the Tenancy has been given hereunder then the option to renew shall be of no effect and any notice given under it shall cease to have effect immediately.

2. Option to renew clause (Rider 2) – this has now expired.

SIGNED by the **Landlord**:   Doc#: 00E0F0CC-E02C-7A75-640E-704C02AB6E63
Signed using Agreement Express   alex lifschutz (19-Aug-10)

SIGNED by the **Tenant**:

SIGNED by the **Tenant**:

# MEMORANDUM OF AGREEMENT

**Date:** 13 September 2009

**PARTIES:**

| | |
|---|---|
| **The Landlord** | Malwright Limited, 58 – 60 Berners Street, London W1 3JS |
| **The Tenant** | Douglas Edelman and Delphine Le Dain Edelman<br>Mansfield House, 24b Clifton Gardens, Little Venice, Maida Vale, London W9 1AU |
| **The Premises** | Mansfield House, 24b Clifton Gardens, Little Venice, Maida Vale, London W9 1AU |
| **Tenancy Agreement** | Agreement dated 13 September 2008 |

It is hereby agreed that the above parties will enter into a new Term on the same terms and conditions as the Tenancy Agreement save for the following:

| | |
|---|---|
| **Term** | one year from and including the 13 September 2009 to and including the 12 September 2010 |
| **Rent** | £3,250.00 per week |
| **Payable** | £28,166.67 per two months in advance on 13 September 2009, 11 November 2009, 11January 2010, 11 March 2010, 11 May 2010, 11 July 2010 |

All payments to be made to the following bank account:
Bank: NatWest Bank    Sort code: 56-00-55
Account Name: Malwright Ltd    A/c No: 11290749

**Termination/Continuation Conditions**

1. the Tenant's right to terminate this Tenancy by virtue of Rider 1 (Break-clause) of the Agreement shall be exercisable at any time during this new Term.

2. Option to renew clause (Rider 2) – this has now expired.

SIGNED by the **Landlord** in the presence of:

Landlord Signature: _____    **Malwright Limited**

Witness Signature: _____

Witness Name: _____

Witness Address: _____

SIGNED by the **Tenant** in the presence of:

Tenant Signature: _[signed]_    **Douglas Edelman**

Tenant Signature: _[signed]_    **Delphine Le Dain Edelman**

Witness Signature: _[signed]_

Witness Name: _[handwritten]_

Witness Address: 207 Samuel Lewis Trust Bldgs Ixworth Place, S. Kensington SW3 3PZ

# EXHIBIT 2

# Mishcon de Reya

Summit House
12 Red Lion Square
London WC1R 4QD
DX 37954 Kingsway

www.mishcon.com

Our Ref:
Your Ref:

**Immigration Officer**

29 May 2012

**BY HAND**

Dear Sir/Madam

**Name: Mr Douglas Phillip Edelman ("Mr Edelman")**
**Nationality: USA**
**Date of Birth: 11 February 1952**

**Spouse: Mrs Delphine Anne Edelman (nee Le Dain) ("Mrs Edelman")**
**Nationality: French**
**Date of Birth: 13 March 1966**

We act for the above named in respect of his UK immigration matters.

Mr Edelman has been married to an EEA national (French national) since 21 September 2000. The couple have three children together (Juliet Edelman, Margot Edelman and Paloma Edelman) who are also French nationals. In addition, Josef Edelman, Mr Edelman's son from a previous relationship also resides in the same household. Mrs Edelman is exercising Treaty rights pursuant to Regulation 6 (1) of The Immigration (European Economic Area) Regulations 2006 ("The 2006 Regulations") as a self-sufficient person.

Mr Edelman has instructed us to apply for an EEA residence card to allow him to reside in the UK with his wife, pursuant to regulation 17 of The 2006 Regulations and we are in the process of preparing this application for submission.

The purpose of this letter is therefore:

(a) to explain our client's background and intentions so that the relevant details are readily available to you, with the objective of minimising delay in entry; and

---

MDR.10151202.2
Switchboard: +44 20 7440 7000
Main Fax:    +44 20 7404 5982

London:   Mishcon de Reya Solicitors
New York: Mishcon de Reya New York LLP

Regulated by the Solicitors Regulation Authority, SRA number 68218.
A list of partners is available for inspection at the above address.

Mishcon de Reya

(b) to request that Mr Edelman is granted entry as the spouse (family member) of an EEA national; and

(c) refer you to the case of MRAX C-459/99 which was upheld in 2002 by the European Court of Justice. This case confirmed that non-EU family members of EU citizens have a fundamental right (coming from the EU treaties) to travel together with their EU family members to any of the EU member states, even if they do not have the required visa. This been incorporated explicitly into Directive 2004/38/EC. Therefore it is not permitted to send back at the border of a Member State a third country national married to a Member State national on the ground that he does not have a visa issued by that Member State. This infringes Article 3 of Directive 68/360, Article 3 of Directive 73/148, Regulation No 2317/95 and Article 8(2) of the European Convention for the Protection of Human Rights and Fundamental Freedoms (the Convention).

We therefore request that you permit entry to Mr Edelman on the basis that he is the family member of an EEA national. Mr Edelman is able furnish proof of his identity and of his marriage to a national of a Member State. Mr Edelman can provide his US passport as proof of his identity and his marriage certificate as confirmation of his marriage to a French national. In addition, when he is not travelling with his wife he will provide a certified copy of Mrs Edelman's French passport as evidence of her nationality.

Should you require anything further, please do not hesitate to contact Mrs Kamal Rahman on 020 7440 7143 or 07771 905 647.

Thanking you for all your assistance in this matter.

Yours faithfully

Mishcon de Reya

Direct Tel:  +44 20 7440 7143
Direct Fax:  +44 20 7404 2054
E-mail:      kamal.rahman@mishcon.com

# EXHIBIT 3

BAH 108720

## CERTIFIED COPY OF AN ENTRY
Pursuant to the Births and Deaths Registration Act 1953

### BIRTH

Entry No. 207

| | |
|---|---|
| Registration district | Westminster |
| Sub-district | Westminster |
| Administrative area | City of Westminster |

**CHILD**

1. Date and place of birth
   Second November 2002
   209 Great Portland Street, Westminster

2. Name and surname
   Margot Charlotte Lucia EDELMAN

3. Sex: Female

**FATHER**

4. Name and surname
   Douglas Phillip EDELMAN

5. Place of birth
   United States of America

6. Occupation
   International Trade and Finance

**MOTHER**

7. Name and surname
   Delphine Anne EDELMAN

8.(a) Place of birth
   France

8.(b) Occupation
   Journalist

9.(a) Maiden surname
   LE DAIN

9.(b) Surname at marriage if different from maiden surname

10. Usual address (if different from place of child's birth)
    42 Warwick Avenue, London W9 2PT

**INFORMANT**

11. Name and surname (if not the mother or father)

12. Qualification
    Father

13. Usual address (if different from that in 10 above)

14. I certify that the particulars entered above are true to the best of my knowledge and belief
    D. Edelman
    Signature of informant

15. Date of registration
    Eighteenth November 2002

16. Signature of registrar
    P. T. Prajapati Deputy Registrar

17. Name given after registration, and surname

Certified to be a true copy of an entry in a register in my custody.

*Superintendent Registrar
*Registrar
*Strike out whichever does not apply

Date 05 10 09

CAUTION: THERE ARE OFFENCES RELATING TO FALSIFYING OR ALTERING A CERTIFICATE AND USING OR POSSESSING A FALSE CERTIFICATE. ©CROWN COPYRIGHT

**WARNING: A CERTIFICATE IS NOT EVIDENCE OF IDENTITY.**

**CERTIFIED COPY OF AN ENTRY**
Pursuant to the Births and Deaths Registration Act 1953

## BIRTH

Entry No. 64

Registration district: Westminster
Sub-district: Westminster
Administrative area: City of Westminster

### CHILD

1. Date and place of birth
   Thirty-first July 2009
   209 Great Portland Street, Westminster

2. Name and surname
   Paloma Clementine Uta Le Dain EDELMAN

3. Sex: Female

### FATHER

4. Name and surname
   Douglas Phillip EDELMAN

5. Place of birth
   United States Of America

6. Occupation

### MOTHER

7. Name and surname
   Delphine Anne EDELMAN

8.(a) Place of birth
   France

8.(b) Occupation
   Journalist

9.(a) Maiden surname
   LE DAIN

9.(b) Surname at marriage if different from maiden surname

10. Usual address (if different from place of child's birth)
    24b Clifton Gardens, London W9

### INFORMANT

11. Name and surname (if not the mother or father)

12. Qualification
    Father

13. Usual address (if different from that in 10 above)

14. I certify that the particulars entered above are true to the best of my knowledge and belief
    D Edelman
    Signature of informant

15. Date of registration
    Sixth August 2009

16. Signature of registrar
    K J Taylor
    Deputy Registrar

17. Name given after registration, and surname

---

Certified to be a true copy of an entry in a register in my custody.



K J Taylor  { Deputy    *Superintendent Registrar
                         *Registrar                Date 6.08.09

*Strike out whichever does not apply

CAUTION: THERE ARE OFFENCES

# EXHIBIT 4

**Global healthcare**
axaglobalhealthcare.com/customer



Mr Douglas Edelman
**Customer number:**
INTL7773547
**Cover:**
Comprehensive - World wide excluding USA - Excess - N

To pre-approve treatment or for general queries please call
+44 (0) 1892 503 856