# EXHIBIT B

**HOLMES, TAYLOR, COWAN & JONES LLP**
Joel Athey (SBN: 214399)
joel.athey@holmestaylor.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200
Fax: (213) 973-6282

Attorneys for Plaintiff
STEPHEN BUSCHER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSCHER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS EDELMAN, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO: 2:20-CV-09680 DDP (AFMx)<br><br>**PLAINTIFF STEPHEN BUSCHER'S PROOF OF SERVICE**<br><br>Complaint Filed: October 21, 2020<br><br>Complaint Served: November 3, 2020 |

PROOF OF SERVICE

HOLMES, TAYLOR, COWAN & JONES LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

1  Undersigned counsel, representing Plaintiff Stephen Buscher, hereby files the
2  Proof of Service of the Summons, Complaint, and related service documents on
3  Defendant Douglas Edelman.
4  Plaintiff filed the Complaint in the above-entitled litigation on October 21,
5  2020 (Dkt. No. 1). The Summons was issued on October 27, 2020 (Dkt. No. 10).
6  Defendant Douglas Edelman, a United States citizen, resides in London, England.
7  Pursuant to Federal Rule of Civil Procedure 4(f)(1), Plaintiff served Defendant via
8  "internationally agreed means of service that [are] reasonably calculated to give
9  notice, such as those authorized by the Hague Convention on the Service Abroad of
10 Judicial and Extrajudicial Documents." Specifically, Defendant Edelman was
11 personally served by a process server in conformance with the United Kingdom's
12 Central Authority, as authorized by the Hague Convention.

Attached hereto as Exhibit A are the following documents:

- *Certificate-Attestation* – document showing that the Complaint, Summons, Civil Cover Sheet, Notice of Interested Parties, and Hague Convention Summary of Documents Served (hereafter, the "Served Documents") were served on Defendant Edelman on November 3, 2020. This document is stamped by the "Senior Courts of England and Wales – Foreign Process Section," which is part of the Central Authority for England & Wales, which processes service of foreign documents on English residents via the Hague Convention.
- *Notarized Affidavit* – the November 2, 2020, notarized affidavit of Nigel Roger Walker, the process server who personally served Defendant Edelman with the Served Documents on or about October 30, 2020. Exhibit A of Mr. Walker's affidavit is the "Summary of the Document To Be Served," which was one of the Served Documents.

Together, the Certificate-Attestation and Notarized Affidavit demonstrate proper service of Defendant Edelman pursuant to the Hague Convention, and by extension,

1

PROOF OF SERVICE

Federal Rule of Civil Procedure 4(f)(1).  Pursuant to Federal Rule of Civil Procedure 4(l)(1) and (2)(A), Plaintiff Buscher respectfully submits this Proof of Service showing that service.

Dated: November 23, 2020             **HOLMES TAYLOR COWAN & JONES LLP**


                                     By: /s/ *Joel M. Athey*
                                        Joel M. Athey

                                     Attorneys for Plaintiff
                                     STEPHEN BUSCHER